COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-08-458-CV

 

IN RE AAA WORLD FURNITURE, LLC,                                      RELATORS

ALI MAVANI AND SALIM
VIRANI                                                           

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relators=
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relators= petition
for writ of mandamus is denied.

Relators
shall pay all costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL: 
DAUPHINOT, J.; CAYCE, C.J.; and WALKER, J. 

 

DELIVERED: 
December 23, 2008











    [1]See
Tex. R. App. P. 47.4.